# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4657
_____

JAMES L. PERRY, JR,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

May 7, 2019

PER CURIAM.

    DISMISSED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James L. Perry, Jr, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.